299 F.2d 939
 NATIONAL LABOR RELATIONS BOARD, Petitioner
v.
UNITED OPTICAL WORKERS UNION NO. 878, IUE-AFL-CIO.
 No. 17002.
 United States Court of Appeals Eighth Circuit.
 March 26, 1962.
 
 Petition to Enforce Order of National Labor Relations Board.
 Marcel-Mallet-Prevost, Asst. General Counsel, N. L. R. B. and Dominick L. Manoli, Assoc. General Counsel, N. L. R. B., for petitioner.
 Max W. Kramer, St. Louis, Mo., for respondent.
 PER CURIAM.
 
 
 1
 Order of Labor Board of January 31, 1962 enforced on petition for enforcement.